UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN CLERK FILED OFFICE
DEC 18  3 49 PM '01
U.S.
MA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 01-10423-REK -CBS |
| ) | |
| MOHAMED M. HUSSEIN ) | |
| ) | |

## MOTION TO CONTINUE OR CANCEL STATUS CONFERENCE

The United States of America, through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Allison D. Burroughs and Joshua Levy, Assistant U.S. Attorneys, hereby requests that the Court continue the status conference currently scheduled for December 27, 2001, at 2:00 p.m.  In support of this motion, the government avers as follows:

1.    Both counsel for the government are currently scheduled to be on vacation during the week of December 24, 2001. Therefore, we request that the status conference be delayed until the following week, on a date after January 1, 2002. William Cintolo, counsel for defendant Hussein does not oppose this motion.

2.    The defendant will suffer no prejudice as a result of such a short delay.  Further, the government intends to provide the defendant with the required discovery by December 27, 2001 even if the conference is briefly continued. Further, the government is currently in the process of preparing a draft of



the joint memorandum required by the Court.  Counsel for the government and the defendant anticipate that we will inform the court in the joint memorandum that there is no need for an initial status conference, in accordance with Paragraph II(G) of the Court's Initial Scheduling Order.

3.    The government further requests that the time from December 27, 2001 to the date of the next status conference be excluded for purposes of the Speedy Trial Act, 18 United States Code, Section 3161.

WHEREFORE, the United States of America requests that the status conference be continued for approximately 1 week and that the relevant time period be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    ALLISON D. BURROUGHS
JOSHUA LEVY
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon

Sam Osagiede, Esq.
Law Offices of Sam Osagiede & Associates
925 Washington Street, Suite 9
Dorchester, MA 02124

William J. Cintolo, Esq.
Cosgrove, Eisenberg & Kiley, PC
1 International Place
Boston, MA 02110

the foregoing document and depositing in the United States mail a

copy of same in an envelope bearing sufficient postage for

delivery.

This 18th day of December, 2001.

ALLISON D. BURROUGHS
Assistant United States Attorney