COURT
OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )    2001 DEC 26  P 1: 32
                               )
          v.                   )    CASE NO. 01-10423-REK
                               )
MOHAMED HUSSEIN                )         OFFICE DOCKETED
                               )

INITIAL STATUS CONFERENCE JOINT MOTION

The United States of America, through its attorney, Michael

J. Sullivan, United States Attorney for the District of

Massachusetts, Allison D. Burroughs and Joshua Levy, Assistant

U.S. Attorneys, and the defendant, Mohamed Hussein, through his

counsel, William Cintolo, hereby submit the following joint

memorandum addressing those items set forth in Local Rule

116.5(A)(1) through Local Rule 116.5(A)(7).

116.5(A)(1): At this point, the parties do not believe that

relief need be granted from the otherwise applicable timing

requirements imposed by Local Rule 116.3.

116.5(A)(2): The defendant hereby requests reciprocal

discovery concerning expert witnesses under Fed.R.Crim.P.

16(a)(1)(E) and the government hereby requests reciprocal

discovery from the defendants concerning expert witnesses as

required under Fed.R.Crim.P. 16(b)(1)(C).  The government requests

that the government be required to provide such discovery 45 days

prior to trial and that the defendants be required to provide

reciprocal discovery 20 days prior to trial.

116.5(A)(3): The government recognizes that its discovery

obligations are ongoing and intends to continue to provide both defendants with all discoverable materials as they come into our possession and consistent with the timing obligations imposed upon the government by Local Rule, statute and applicable case law. At this time we do not anticipate receiving any reports of examinations or tests.

116.5(A)(4): The parties currently intend to comply with the motion schedule set forth in the Initial Scheduling Order issued by the Court on November 15, 2001.

116.5(A)(5): The parties jointly request that all time from the scheduled date of the initial pretrial conference through to the date of the final pretrial conference be excluded pursuant to the Speedy Trial Act.

116.5(A)(6): The parties currently anticipate a trial and expect that the trial will last 1 week.

116.5(A)(7): The parties agree that the Final Status Conference should be scheduled approximately 30 days after the motion filing date.

At this time, consistent with Paragraph II (G) of the Initial Scheduling Order, the parties do not believe that there is a need for an initial status conference.

Respectfully submitted,

WILLIAM CINTOLO

MICHAEL J. SULLIVAN
United States Attorney

_William Cintolo_
Counsel for Defendant
By: _Allison D._

ALLISON D. BURROUGHS
JOSHUA LEVY
Assistant U.S. Attorneys