UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                  )
UNITED STATES OF AMERICA          )
                                  )
              v.                  )     CRIMINAL ACTION
                                  )     NO. 01-10423-REK
MOHAMED HUSSEIN,                  )
              Defendant.          )
                                  )
```

**INITIAL STATUS REPORT**

**January 8, 2002**

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Keeton, J. to whom this case is assigned.

1.  Discovery

The government has completed its obligation for automatic discovery and counsel for Mr. Hussein has requested additional time not only to review that discovery, but to review additional documents presently in the possession of the government.  I have granted that request.

2.  Discovery/Substantive Motions

No dates have been set for the filing of either discovery or substantive motions since counsel for the defendant has not concluded his review of the discovery produced by the government.

3.  Further Status Conference

A further status conference shall be held in this case on February 7, 2002 at 10:15 a.m. in Courtroom 1, 5th Floor, 595

Main Street, Worcester, Massachusetts.

4.    Excludable Time

With the assent of counsel for the parties, I am excluding from the Speed Trial Act the period from December 13, 2001 (date of expiration of prior Order of Excludable Time) through February 7, 2002 (date requested by counsel for the defendant for review of discovery).  Therefore, assuming no further order of excludable time under the Plan for Prompt Disposition of Criminal Cases, this case must be tried on or before Thursday, April 18, 2002.

CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

2