UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
            v.              )    CRIMINAL ACTION
                            )    NO. 01-10423-REK
MOHAMED HUSSEIN,            )
            Defendant.      )
                            )

**DOCKETED**

## ORDER OF EXCLUDABLE TIME

**January 8, 2002**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1ˢᵗ Cir. 1982)), that the period from December 13, 2001 (date of expiration of prior Order of Excludable Time) through February 7, 2002 (date requested by counsel for the defendant for review of discovery) be excluded from the Speedy Trial Act.

CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

