## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: **Swartwood** 01BF | Date: 1 / 8 / 02 |
| Courtroom Clerk: **Leann Ouellette** | Tape Number: |
| Case: USA v. Mohamed Hussein | Case Number: 01-10423-REK |
| AUSA: Levy, Burroughs | Defense Counsel: Cintolo |
| PTSO/PO: | Interpreter: |

**DOCKETED**

## TYPE OF HEARING

[ ] **Initial Appearance**    [ ] Arrested on
[ ] Defendant Sworn          Warrant issued
[ ] Advised of Charges       On_____
[ ] Advised of Rights        [ ] Arrested on
[ ] Requests Counsel         Probable Cause
[ ] Will Retain Counsel      On_____
[ ] Court Orders Counsel be Appointed
[ ] Government Requests Detention & Continuance
[ ] Defendant Released on _____ with
  conditions
[ ] Defendant Consents to Voluntary Detention

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts
_____

[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District.
 Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with
conditions
[ ] Detention Taken Under Advisement

[ ] **Bail Revocation Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on _____ with
Conditions

[X] **INITIAL STATUS CONFERENCE**    [ ] **FINAL STATUS CONFERENCE**

## CONTINUED PROCEEDINGS

_____Status_____ Hearing/Conference set for Feb. 7, 2002 at 10:15

## REMARKS

Δ's cl. needs additional time to review the
evidence the Gov't. has supplied.

(P:\COURTLIS\FILES\CrCtNoteMJ.wpd)