## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: ___Charles Swartwood, III___ | Date: ___2/7/02___ |
| Courtroom Clerk: ___Ouellette___ | Tape Number: _____ |
| Case: USA v. _Mohamed Hussein_ | Case Number: _01-10423-REK_ |
| AUSA: _Levy_ | Defense Counsel: _Cintolo_ |
| PTSO/PO: _____ | Interpreter: _____ |

### TYPE OF HEARING

DOCKETED

| | |
|---|---|
| [ ] **Initial Appearance**        [ ] Arrested on | [ ] **Arraignment** |
| [ ] Defendant Sworn              Warrant issued | [ ] Defendant Waived Reading of Indictment |
| [ ] Advised of Charges | [ ] Defendant Plead Not Guilty to Counts |
| [ ] Advised of Rights | ___All pending___ |
| [ ] Requests Counsel      [ ] Motion hearing held | [ ] **Removal Hearing/Rule 40** |
| [ ] Retained Counsel | [ ] Defendant Waives Identity Hearing |
| [ ] Court Orders Counsel be Appointed | [ ] Defendant Ordered Removed to Charging District. |
| [ ] Government Requests Detention & Continuance | Order to Issue. |
| [ ] Defendant Released on <u>bail</u> with conditions | [ ] Defendant Released, Conditions Remain/ Modified/Set |
| [ ] Defendant Consents to Voluntary Detention | [ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)** | [ ] **Preliminary Probation Revocation Hearing** |
| [ ] Probable Cause Found | [ ] Defendant Ordered Detained |
| [ ] Identity Established | [ ] Defendant Released |
| [ ] Defendant Waives Identity Hearing | |
| [ ] Defendant Waives Preliminary Examination | |
| [ ] **Detention Hearing** | [ ] **Bail Revocation Hearing** |
| [ ] Defendant Requests a Continuance | [ ] Bail Revoked, Defendant Ordered Detained |
| [ ] Defendant Consents to Voluntary Detention | [ ] Defendant Released, Conditions Remain/Modified |
| [ ] Defendant Detained, Order to issue | [ ] Defendant Released on _____ with |
| [ ] Defendants Released on bail with conditions | Conditions |
| [ ] Detention Taken Under Advisement | |
| [✓] STATUS CONFERENCE HELD  _Tel.-Final_ | [ ] FINAL STATUS CONFERENCE |

### CONTINUED PROCEEDINGS

_____Hearing/Conference set for_____at_____

### REMARKS

Δ is satisfied w/ discovery and request case go back for trial assign.

_____

_____

