UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
            v.              )    CRIMINAL ACTION
                            )    NO. 01-10423-REK
MOHAMED HUSSEIN, ET AL.,    )
            Defendants.     )

## FINAL STATUS REPORT

**February 7, 2002**



**SWARTWOOD, M.J.**

The following is a Final Status Report to Keeton, J. concerning Mohamed Hussein.

1.  Discovery

Discovery is complete.

2.  Substantive Motions

Mohamed Hussein's counsel has informed the Court that he does not contemplate filing any substantive motions.

3.  Defenses

Mohamed Hussein's counsel does not intend to raise an alibi, insanity or public authority defense.

4.  Trial

Counsel for Mohamed Hussein has requested that this case be returned to Judge Keeton for trial.  I have granted that request.

Counsel for the parties anticipate that this case will take a week to try.  For planning purposes, Judge Keeton should be aware that this is a high visibility case and it may take more

time than usual to select a jury.

5. Other Defendant

Mohamed Hussein and his brother, Liban Hussein, are the named defendants in this case. Mohamed Hussein was arrested in this district and is prepared to proceed to trial. Liban Hussein is presently in Canada, and although extradition proceedings have been initiated by the U.S. Government in Canada, no one presently knows when or if Liban Hussein will be returned to this country to answer to the offenses contained in this indictment.

6. Excludable Time

I have previously excluded the period from date of arraignment through February 7, 2002. Therefore, assuming no further order of excludable time under the Plan for Prompt Disposition of Criminal Cases, this case must be tried on or before Thursday, April 18, 2002.

CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

2