AO 245B    Judgment in a Criminal Case - D. Massachusetts
Statement of Reasons - Sheet 1

# UNITED STATES DISTRICT COURT
## District of Massachusetts

UNITED STATES OF AMERICA
### V.
MOHAMED M. HUSSEIN

### STATEMENT OF REASONS

Case Number:    **1: 01-10423REK**

William J. Cintolo, Esq.
Defendant's Attorney

☐    The court adopts the factual findings and guideline application in the presentence report.

### OR

☒    The court adopts the factual findings and guideline application in the presentence report, except (see attachment, if necessary):

The government's objecitons and the defendant's objections are overruled because both are inconsistent with the findings and legal rulings I make, as follows: USSG §2S1.3(a) requires me to apply the most analogous guideline. I determine that the best analogy with respect to amount for which defendant is to be held accountable is the theft guideline. Under USG § 2B1.1 (b)(1)(E), I add 8 levels to the base of 6 for a total of 14. I do so on findings, explained more fully at the sentencing hearing, that the commission of 8% applied to the maximum amount of the relevant deposits was $230,000. Not more than half of this (4% or

☒    See Continuation Page

**Guideline Range Determined by the Court:**

| | | | |
|---|---|---|---|
| Total Offense Level: | 14 | | |
| Criminal History Category: | I | | |
| Imprisonment Range: | 15 | to 21 | months |
| Supervised Release Range: | 2 | to 3 | years |
| Fine Range: | $ $4,000.00 | to $ $40,000.00 | |

Defendant's Soc. Sec. No.: __None__

Defendant's Date of Birth: __00-00-68__

Defendant's USM No.: __22980-038__

Defendant's Residence Address:
135 Neponset Ave. #45
Dorchester, MA 02122

07/22/02
Date of Imposition of Judgment

Signature of Judicial Officer

The Honorable Robert E. Keeton

Judge, U.S. District Court
Name and Title of Judicial Officer

7/22/02
Date

Defendant's Mailing Address:

Plymouth County House of Correction
125 Long Pond Road
Plymouth, MA 02360



AO 245B    Judgment in a Criminal Case - D. Massachusetts
Statement of Reasons - Sheet 2

DEFENDANT:    MOHAMED M. HUSSEIN         Statement of Reasons - Page  2  of  4

CASE NUMBER:    1: 01-10423REK

# STATEMENT OF REASONS

[X] Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution:    $ _____

[ ] Discretionary restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(a)(B)(ii) (or in offenses committed before April 23, 1996, pursuant to 18 U.S.C. § 3663(d)).

[ ] Restitution pursuant to the mandatory victim restitution provisions is not ordered in this title 18 property offense because the number of identifiable victims is so large as to make restitution impracticable, pursuant to 18 U.S.C. § 3663A(c)(3)(A).

[ ] Restitution pursuant to the mandatory victim restitution provisions is not ordered in this title 18 property offense because determining complex issues of fact and related to the cause of amount of the victim's losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process, pursuant to 18 U.S.C. § 3663A(c)(3)(B).

[ ] For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

[ ] Partial restitution is ordered, pursuant to 18 U.S.C. § 3553(c), for the following reason(s):

AO 245B    Judgment in a Criminal Case - D. Massachusetts
Statement of Reasons - Sheet 3

DEFENDANT:    MOHAMED M. HUSSEIN

CASE NUMBER:    1:    01-10423REK

Statement of Reasons - Page ___3___ of ___4___

## STATEMENT OF REASONS

[X] The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

## OR

[ ] The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

## OR

[ ] The sentence departs from the guideline range:

    [ ] upon motion of the government, as a result of a defendant's substantial assistance, or

    [ ] for the following specific reason(s):

[ ] See Continuation Page

AO 245B     Judgment in a Criminal Case - D. Massachusetts
            Statement of Reasons - Sheet 4

Statemennt of Reasons - Page ___4___ of ___4___

DEFENDANT:        MOHAMED M. HUSSEIN
CASE NUMBER:      1:   01-10423REK

## ADDITIONAL FINDINGS AND GUIDELINES APPLICATIONS EXCEPTION

Not more than half of this (4% or $115,000) could have been an amount for which the defendant could properly be held accountable. It is proper to hold him acountable for this amount rather than a lower figure

## ADDITIONAL REASONS FOR DEPARTURE FROM THE GUIDELINE RANGE